IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MARIETTA C. RUSSELL, ADMINISTRATRIX
OF THE ESTATE OF JOHN WILLIAM CHILDS,
DECEASED AND PERSONAL REPRESENTATIVE
OF THE WRONGFUL DEATH BENEFICIARIES
OF JOHN WILLIAM CHILDS, DECEASED,                              PLAINTIFF,

VS.                                         CIVIL ACTION NO. 4:06CV168-P-B

INDIANOLA HEALTH & REHABILITATION
CENTER; ET AL.,                                                DEFENDANTS.

## PARTIAL FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant National Senior Care, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction [30] is **GRANTED**; therefore,

(2) The plaintiff's claims against National Senior Care, Inc. are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 15th day of June, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE