**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MARIETTA C. RUSSELL, administratrix**
**of the estate of JOHN WILLIAM CHILDS,**
**deceased and personal representative of the**
**wrongful death beneficiaries of JOHN WILLIAMS**
**CHILDS, deceased**                                 **PLAINTIFF**

**V.**                                              **CAUSE NO:4:06CV168**

**INDIANOLA HEALTH & REHABILITATION CENTER, et al.**      **DEFENDANTS**

## ORDER GRANTING DATE CERTAIN FOR TRIAL AND DENYING MOTION TO MOVE TRIAL VENUE

This cause comes on Plaintiff, Marietta Russell's, Motion for Date Certain for Trial and to Move Trial Venue. The Court is of the following opinion:

The trial is currently set for July 7, 2008, in Oxford, Mississippi. Plaintiff avers that due to the large number of expert witnesses anticipated at trial, both for the Plaintiff and the Defendants, and due to the travel expense and courtroom appearance expense related thereto, the trial date should certain. The Court agrees and **GRANTS** this trial date certain and re-sets the case for March 23, 2009. However, the trial shall remain in Oxford, Mississippi.

It is therefore **ORDERED** that Plaintiff's Motion for Trial Date Certain is **GRANTED** and Plaintiff's Motion to Move Trial Venue is **DENIED**. It is further **ORDERED** that the trial shall be continued from July 7, 2008, to March 23, 2009, and shall remain in Oxford, Mississippi.

**SO ORDERED**, this the 10th day of April, 2008.

                                       **/s/ Sharion Aycock**_____
                                       **U.S. DISTRICT COURT JUDGE**